

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-34** |
| v. | * | **SECTION: "I"** |
| **ALPHONSE BAZILE** <br> **RAYSHAUD GREEN** | * | |

\* \* \*

## MOTION AND INCORPORATED
## MEMORANDUM TO UNSEAL CASE

NOW INTO COURT comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the case in the above-captioned matter. Both defendants are in custody, and it is not necessary for the case to remain sealed.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*Sarah Dawkins for Michael Trummel*

_____
MICHAEL E. TRUMMEL
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3173

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc.No. _____

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I filed the foregoing with the Clerk of Court and provided a copy to all defense counsel of record via electronic mail.

*Sarah Dawkins for Michael Trummel*

_____
MICHAEL E. TRUMMEL
Assistant United States Attorney