MINUTE ENTRY
MARCH 29, 2023
VAN MEERVELD, M.J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-34 |
| ALPHONSE BAZILE | SECTION: I |

### DETENTION HEARING

PRESENT: X/DEFENDANT

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X/COUNSEL FOR THE DEFENDANT (CJA)/FPD: Thomas Harang, Jr.
2121 N. Causeway Blvd., Suite 259  Metairie, LA 70119

X/ASST. U.S. ATTORNEY  MICHAEL E. TRUMMEL - Sarah Dawkins for

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES) Amy Lapointe; Matthew Bencik - sworn & testified
Govt. Exhs. 1,2 & 3 - Body cam Videos; Exhs. 4 & 5 - Photos of Bulletholes; Exhs. 6 & 7 - Surveillance Videos; Exh. 8 - Photo of gun
-all govt. exhibits admitted - attached hereto
X/DEFENSE WITNESS(ES) Sade Sylvester; Delya Bazile - sworn & testified

Dft. Exh 1 - Video; Exh 2 - Photo of Window; Exh 3 - Photo Bullet hole in brick; Exh 4 - Photo Bullethole in Window; Exh 5 - Photo Bullet hole in car  -all dft. exhibits admitted

MJSTAR:  1:24

ALPHONSE BAZILE                                         23-34 I

DEFENDANT                                               CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

**X**/ DEFENDANT IS NOT ENTITLED TO RELEASE.

**X**/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

**X**/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

__/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

__/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

__/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

__/ OTHER: _____

