UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO.   23-34

VERSUS                                      SECTION "I"

ALPHONSE BAZILE                             VIOLATION: 18 U.S.C.§ 922(g)(1),
RAYSHAUD GREEN                              922(o), 924(a)(2) and 924(a)(8)

### RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
### PRETRIAL CONFERENCE RESET FOR JUNE 21, 2023 AT 3:00 P.M.

Take Notice that this criminal case has been reset for **TRIAL** on **JULY 24, 2023** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   April 18, 2023                      CAROL MICHEL, CLERK

TO:                                         Issued by:   Bridget Gregory, Deputy Clerk
Alphonse Bazile        **(CUSTODY)**
Rayshaud Green         **(CUSTODY)**        AUSA:      Michael Trummel, Elizabeth Privitera

Counsel for defendant Alphonse Bazile:
Thomas Benton Harang , Jr.                  U.S. Marshal
2121 N. Causeway Blvd., Suite 259           U.S. Probation Office
Metairie, LA 70119                          U.S. Probation Office - Pretrial Services Unit
Email: tom@tomharanglaw.com
                                            **JUDGE**
Counsel for defendant Rayshaud Green:
Jerrod Thompson-Hicks, AFPD                 **MAGISTRATE**

**If you change address,**                  COURT REPORTER COORDINATOR
**notify clerk of court**                   INTERPRETER:   **NONE**
**by phone, 589-7752**